MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. BOX 1809
BETHEL, ALASKA 99559
Telephone: (907) 543-4700
Facsimile: (888) 887-1146

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JORENE HARRY,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. _____ Civ ( _____ )<br><br>COMPLAINT FOR DAMAGES |

For her complaint, plaintiff, by and through counsel Power and Brown, LLC, alleges as follows:

Parties and Jurisdiction

1. This action arises under the Federal Tort Claims Act, 28 U.S.C. § 2671 et seq. Jurisdiction is based on 28 U.S.C. § 1346(a) (2) and 1346(b).

2. Plaintiff submitted a timely administrative claim based on the facts alleged herein to the Department of Health & Human Services. More than six months has passed

- 1 -

since the receipt of that claim, which has been neither admitted nor denied. The claim is deemed by plaintiff to be denied, pursuant to 26 U.S.C. § 2675.

3. At the time of the conduct that forms the basis for the allegations in plaintiff's Complaint, the Yukon-Kuskokwim Delta Regional Hospital ("YKDRH") through the Yukon-Kuskokwim Health Corporation ("YKHC") were carrying out a compact agreement with the Indian Health Service, and are deemed to be part of the Indian Health Service in the Department of Health and Human Services of the United States of America pursuant to Public Law 101-512, Title III, section 314.

## Common Factual Allegations

4. Plaintiff Jorene Harry and Chance Hill are the parents of the minor children, E. H. and R. H.; and Jorene Harry is the Personal Representative of the Estate of Chance Hill.

5. On or about July 10, 2007, Chance Hill underwent an involuntary behavioral health examination at the YKDRH and was admitted to the facility for medical monitoring.

6. While admitted, health care providers at the YKDRH informed Mr. Hill that his recurrent facial cramps were caused by the deterioration of metal plates and screws in his jaw and he was diagnosed with recurrent ETOH withdrawal seizures, depression, and anxiety, and then discharged on July 11, 2007.

7. On or about the morning of July 12, 2007, at approximately 9:30 am, Mr. Hill

presented at the emergency room of the YKDRH complaining of facial cramps.

8. Mr. Hill was again admitted to the YKDRH for evaluation of his recurrent facial cramps, headaches and seizures.

9. At approximately 10:25 am, Mr. Hill was discharged from YKDRH with the instruction to try Benadryl for his facial cramps.

10. Mr. Hill returned to his residence in Chevak, Alaska and at approximately 6:30 pm, because he was depressed and in so much pain, fatally shot himself.

Claim for Relief: Negligent Infliction of Emotional Distress

11. Plaintiff incorporates by reference all prior allegations herein.

12. Defendant's conduct of failing to possess that degree of knowledge and skill ordinarily possessed and exercised at the time by other health care providers in the field or specialty in which they were practicing was the cause of Chance Hill's suicide.

13. Plaintiff was present in the residence at the time of Mr. Hill's suicide. Plaintiff suffered severe emotional distress as a result of hearing the gunshot, observing Chance Hill immediately following the self-inflicted gun shot wound, and observing the emergency efforts of clinic staff to resuscitate Mr. Hill.

14. Defendant's actions proximately caused Jorene Harry to suffer severe emotional distress which entitles them to be compensated for her damages in an amount to be proven at trial, which shall include but not limited to past and future emotional

distress, and past and future lost enjoyment of life; and such other damages as permitted by law.

## PRAYER FOR RELIEF

WHEREFORE plaintiff demands judgment for compensatory damages in excess of $5,000,000, the precise amount to be proven at trial, plus allowable costs, interest, and attorneys' fees.

RESPECTFULLY SUBMITTED this 14th day of May, 2009, at Bethel, Alaska.

        s/ Michele L. Power
        P.O. Box 1809
        Bethel, Alaska 99559
        Phone: (907) 543-4700
        Fax: (888) 887-1146
        E-mail: admin@powerbrown.com
        ABA No. 9510047